# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case 4:21-CV-00104-BMM-JTJ |
| Plaintiff, ) | |
| vs. ) | **ORDER GRANTING EXTENSION OF TIME TO FILE VERIFIED CLAIM** |
| $155,379.00 IN U.S. CURRENCY, ) | |
| Defendant. ) | |

UPON motion of the Claimant, having no objection from the U.S., and good cause appearing therein;

IT IS HEREBY ORDERED that Claimant, Michael Wakeford, is granted an extension of time to file a verified claim. Claimant shall file a verified claim on, or before, December 7, 2021.

IT IS FURTHER ORDERED that Claimant will then have 21 days from the new deadline of December 7, 2021 to file a response to the *Verified Complaint for Forfeiture In Rem*.

DATED this 1st day of November, 2021.

John Johnston
United States Magistrate Judge