IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>$155,379.00 IN U.S. CURRENCY,<br><br>Defendant. | CV 21-104-GF-BMM<br><br><br>**JUDGMENT OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Unopposed Motion for Judgment of Forfeiture of $124,303.20 out of the $155,379.00 in Defendant Currency, and any accrued interest.

The Court, having reviewed the United States' motion and the record in this matter, hereby FINDS:

In accordance with Fed. R. Civ. P. Supplemental Rules A(2) and G(4)(a)-(b), the United States published and sent direct notice to an identified potential claimant to the above-captioned $155,379.00 in Defendant Currency. (Docs. 2, 8, 12.)

Other than Claimant Michael Wakeford, no other parties have filed a claim to the Defendant Currency and the time for doing so has expired. (Docs. 9, 11-14.)

On March 5, 2024, the United States and Claimant Wakeford, via his attorney of record, James F. Gardner, executed a Settlement Agreement in which the United States agreed to return $31,075.80 of the $155,379.00 in Defendant Currency to Claimant Wakeford - who agreed to withdraw his claim to the remaining $124,303.20 in Defendant Currency and agreed not to oppose the United States' Motion for Judgment of Forfeiture of it. (Doc. 39.)

Accordingly, the Court ORDERS:

1. The United States' Unopposed Motion for Judgment of Forfeiture of $124,303.20 out of the $155,379.00 in Defendant Currency, and any accrued interest, is GRANTED;

2. The $124,303.20 in remaining Defendant Currency, and any accrued interest, is fully and finally forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, the United States Marshals Service, and/or their agents and representatives, shall dispose of the $124,303.20, and any accrued interest, in accordance with governing law.

DATED this 21st day of March, 2024.

_____
Brian Morris, Chief District Judge
United States District Court